Gustavo E. Ponce, Esq.
Nevada Bar No. 15084
KAZEROUNI LAW GROUP, APC.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Tel: (800) 400-6808 ext. 20
Fax: (800) 520-5523
gustavo@kazlg.com

Attorney for Plaintiff,
NATALIE MOYE,

Martin Schannong, Esq.
*PRO HAC VICE*
CARLSON & MESSER, LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
Tel: (310)242-2200
Fax: (310)242-2222
schannongm@cmtlaw.com

Attorneys for Defendant,
AARGON AGENCY, INC.,

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATALIE MOYE<br><br>          Plaintiff,<br><br>v.<br><br>AARGON AGENCY, INC.<br><br>          Defendant. | CASE NO. 2:19-cv-00974-JCM-VCF<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby stipulated and jointly requested by Plaintiff NATALIE MOYE ("Plaintiff") and Defendant AARGON AGENCY, INC. ("Defendant"), through their respective counsel, that the above-entitled action may be dismissed with prejudice.

Each parties shall bear their own costs and expenses.

///

1

Dated: April 9, 2020          **KAZEROUNI LAW GROUP, APC.**

2

3                                          By:    s/ Gustavo Ponce
                                                  Gustavo Ponce
4                                                 Attorney for Plaintiff
                                                  NATALIE MOYE
5

6

7  Dated: April 9, 2020          **CARLSON & MESSER LLP**

8
                                           By:    s/ Martin Schannong
9                                                 Martin Schannong
                                                  Attorney for Defendant
10                                                AARGON AGENCY, INC.

11

12

13

14                               IT IS SO ORDERED.

15                               _____
                                 UNITED STATES DISTRICT JUDGE
16
                                         April 13, 2020
17                               Dated: _____

18

19

20

21

22

23

24

25

26

27

28

1

**SIGNATURE CERTIFICATION**

2   I hereby certify that the content of this document is acceptable to Plaintiff, and that I have

3 obtained counsels' authorization to affix their electronic signature to this document.

4 DATED: April 10, 2020          **KAZEROUNI LAW GROUP, APC.**

5

6                              By:     s/ Gustavo Ponce
                                       Gustavo Ponce
7                                      Attorney for Plaintiff
                                       NATALIE MOYE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2020, a true and correct copy of the foregoing document entitled STIPULATION FOR DISMISSAL was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

DATED: April 10, 2020                **KAZEROUNI LAW GROUP, APC.**

            By: <u>s/ Gustavo Ponce</u>
               Gustavo Ponce
               Attorney for Plaintiff
               NATALIE MOYE